Nos. 25-1518 & 25-1672

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ROBERT HOSSFELD, <br><br> *Plaintiff-Appellee,* <br> *Cross-Appellant,* <br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> *Defendant-Appellant,* <br> *Cross-Appellee.* | Appeals from the United States District Court for the Northern District of Illinois <br><br> Case No. 1:20-cv-07091 <br><br> Hon. Joan B. Gottschall |

**APPELLEE/CROSS-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLE/CROSS-APPELLANT BRIEF; AFFIDAVIT OF ALEXANDER H. BURKE**

Now comes the Plaintiff-Appellee/Cross-Appellant ROBERT HOSSFELD, by his attorney, and pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, moves this Court for the entry of an order granting an extension of time up to and including August 20, 2025, to file the Appellee/Cross-Appellant's brief in the above entitled case currently due for filing on July 21, 2025. In support thereof, counsel submits the attached affidavit. Appellee has not filed a previous motion for extension of time in this case.

*/s/Alexander H. Burke*
Alexander H. Burke
BURKE LAW OFFICES, LLC
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
aburke@burkelawllc.com

Counsel for Plaintiff-Appellee/Cross-Appellant ROBERT HOSSFELD

## AFFIDAVIT OF ALEXANDER H. BURKE

I, Alexander H. Burke, state as follows:

1.      On April 30, 2025, the Court set the deadline for Appellee/Cross-Appellant Robert Hossfeld's Appellee Cross-Appellant brief for July 21, 2025.

2.      This request for extension of time is made pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26. The length of the requested extension is thirty (30) days.

3.      Counsel has worked diligently to review the record on appeal, researched potential issues, and consulted with his client, but requires additional time to prepare the Appellee Cross-Appellant brief.

4.      The requested extension of time is necessary because counsel has been involved in a contentious divorce and mediation process which has taken time away from counsel for preparing the Appellee Cross-Appellant brief and made it difficult to concentrate. *Burke v. Burke*, 2025D003080 (Cook County, Illinois).

5.      Additionally, counsel severely sprained his left ankle on July 6, 2025. Rehabilitation efforts such as keeping the ankle above the heart have made completing the brief more difficult, as have the pain and difficulty and speed of mobility.

6.      In addition, counsel has been involved with the following matters, which have occupied a substantial amount of time since April 30, 2025:

      a.  *Karen Saunders v. Dyke O'Neal*, W.D. Mich. Case No. 1:17-cv-335, Motion for Summary Judgment and Class Certification filed on June 4, 2025.

7.      Counsel will redouble efforts in giving this matter his utmost attention, and intends to file Mr. Hossfeld's brief on or before the date requested in this motion for extension of time.

8.　　Appellant/Cross-Appellee Allstate Insurance Company does not oppose this motion.

9.　　This motion is made in good faith for the reasons of actual need set forth herein and not for the purpose of delay. The requested extension will not prejudice any party.

I declare under penalty of perjury under the laws of the United States that the contents of the foregoing affidavit are true and correct.

Date: July 21, 2025

/s/ Alexander H. Burke

Alexander H. Burke
**Burke Law Offices, LLC**
909 Davis St., Suite 500
Evanston, IL 60201
(312) 729-5287
aburke@burkelawllc.com

Nos. 25-1518 & 25-1672

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ROBERT HOSSFELD,<br><br>    *Plaintiff-Appellee,*<br>    *Cross-Appellant,*<br>  v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    *Defendant-Appellant,*<br>    *Cross-Appellee.* | Appeals from the United States District Court for the Northern District of Illinois<br><br>Case No. 1:20-cv-07091<br><br>Hon. Joan B. Gottschall |

## NOTICE OF FILING AND PROOF OF SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users, including counsel of record for all parties, will be served by the CM/ECF system.

*/s/Alexander H. Burke*
Alexander H. Burke
BURKE LAW OFFICES, LLC
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
aburke@burkelawllc.com

Counsel for Plaintiff-Appellee/Cross-Appellant ROBERT HOSSFELD